IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


JAMES BROWN, JR.                                                    PLAINTIFF

V.                              4:10CV002067 JMM

NOVARTIS PHARMACEUTICALS
CORPORATION, A Foreign
Corporation                                                         DEFENDANT

## ORDER

This case is dismissed without prejudice for Plaintiff's failure to prosecute. *See* Fed. R.Civ. P. 41(b); Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2). Not only has Plaintiff failed to provide this Court with an accurate address, he also failed to provide his accurate address while the case was pending in state court. As a result, this case has been pending in federal and state court for over a year and Plaintiff has neither filed nor responded to a single pleading.

Defendant's Motion to Dismiss for Failure to Prosecute (Docket # 10) is GRANTED. The case is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of February, 2011.


_____
James M. Moody
United States District Judge