**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**JAMES BROWN, JR.**                                                    **PLAINTIFF**

**V.**                                    **4:10CV002067 JMM**

**NOVARTIS PHARMACEUTICALS
CORPORATION, A Foreign
Corporation**                                                          **DEFENDANT**

<u>**JUDGMENT**</u>

     Pursuant to the Order entered on February 23, 2011, Judgment is hereby entered in favor

of the Defendant and against the Plaintiff.  The case is dismissed without prejudice.

     IT IS SO ORDERED this 23rd day of February, 2011.


                                       James M. Moody
                                       United States District Judge